## Elita E. Mallers, Appellee, v. Equitable Life Assurance Society of the United States, Appellant.

### Gen. No. 41,978.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham and Miles G. Seeley, of counsel; McKinley, Price & Quindry, Lewis A. Stebbins and Robert B. Mullaney, for appellee; Paul E. Price and Lewis A. Stebbins, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

## P. J. Kohl and Company, Inc., Appellant, v. H. J. Blomgren et al., Appellees.

### Gen. No. 41,816.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. Baker, Holder & Hagstrom, for appellant; Joseph G. Hagstrom, of counsel; Leslie L. Lyons, for certain appellees; Leslie L. Lyons, of counsel; Kamfner & Halligan, for certain other appellee. PER CURIAM. "Not to be published in full."